```
FILED
JUL 2 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
          Y.NA      DEPUTY
```

1  Hussain D. Vahidallah Ph.D., FICPP
   7505 Gayneswood way  San Diego CA 92139
2  Tel & Fax (619) 479-4212

3              UNITED STATES DISTRICT COURT

4              SOUTHERN DISTRICT OF CALIFORNIA

5                                    '08 CV 1425 H NLS

6  Hussain D. Vahidallah            )  Case No.
                                    )  Complaint For Job Discrimination Under Title VII.
7            Plaintiff,             )
                                    )
8       vs.                         )
                                    )
9  Southwestern College             )
                                    )
10 900 Otay Laks Road Chula Vista, CA 91910 )
                                    )
11 Defendant                        )
                                    )
12                                  )
                                    )

13 To the United States District Court, Southern District Court Of California, comes now, Hussain D. Vhidallah, called

14 "plaintiff" Southwestern College called "defendant": Respectfully you Honorable Jeffrey T. Miller. I plaintiff alleges

15 According to Plaintiff excluded from participation and denied the benefits of the public entity in SWC. Details is with

16 exhibit : A, B, C, D,E. Defendant discriminated against plaintiff 's Under Title VII  Violation of Title VII of the 1964

17 Civil Rights Act 1964 . Therefore plaintiff alleges claim for employment discrimination pursuant to Title VII of the

18 Civil Rights Act of 1964. Under 42 U.S.C. § 2000e-2(a)(1), an employer may not "fail or refuse to hire or discharge any

19 individual, or otherwise discriminate against any individual with respect to his compensation, terms, conditions, or

20 privileges of employment, because of such individual's race, color, religion, sex, or national origin. Defendant

21 Discriminated against plaintiff based  my disability in violation of the Americans with Disability Act of 1964. My

22 complained  of occurred "under color of law," and  the action resulted in a deprivation of a constitutional right or a

23 federal statutory right . Azer v. Connell, 306 F.3d930, 935 (9th Cir. 2002) (citing McDade  v. West, 223 F 3d (9th Cir.

24 2000)).

25 I declare under penalty of perjury that the above is true and correct.

Hussain D. Vahidallah Ph.D., FICPP     Date 7/1/2008

                    Summary of Pleading - 1

# VAHID PSYCH CENTER
*Hussain D. Vahidallah, Ph.D.,fapp*

7505 Gayneswood Way
San Diego, CA 92139

Phone & Fax: (619) 479-4212
Email: Vahidallah@nethere.com



EX. A

SOUTHWESTERN COLLEGE
900 Otay Lakes Road
Chula Vista Ca 91910
Tel 619- 482-6395

April 14, 2008

Dean, School of Behavioral and Social Sciences Dr. Viara Giraffe.

Dear Dr. Giraffe:

      Please allow me to introduce myself. My name is Hussain D. Vahidallah. I have a Ph.D. in Psychology and second doctorate in Psychopharmacology. According to your letter of September 5, 2007 and application 7/1/2007 copies are enclosed . I respectfully request I need a job.

      According to Rule and Regulations Federal Court and Violation of the Americans With Disabilities Act.. . Court copy is enclosed line 10 is highlighted.The Court want to know if did I received or will receive a job. Please verify for me and theCourt.

**A. Americans with Disabilities Act, 42 U.S.C §§12101 etq**   Effective in January 1992, one of the statutory purpose of the ADA is to "provide a clear and comprehensive national mandate for the elimination of discrimination against individuals with disabilities." 42 U.S.C. § 12101. The ADA is divided into three main subchapters: (1) employment (Title I); (2) public services and public accommodations (Title II); (3) services operated by private entities (Title III). SWC is public entities.

    **1. Tile II of the ADA**

Pursuant to Title II of the ADA, "no qualified individual with a disability shall , by reason of such disability, be excluded from participation in of be denied the benefits of the services, programs, or activities of a public entity, or be subjected to discrimination by any such entity." 42 U.S.C. § 121232.

### Title III of the ADA
Under Title III of the ADA, ........must be offered in a manner that is accessible to persons with disabilities. Any person that offers ......related to applications, licensing certification for professional purposes shall offer such in a place and manner accessible to persons with disabilities or offer alternative accessible arrangements for such individuals" 42 U.S.C.§ 12189 assistance Manual III – 1-7000, at 7, Illustration 1 (1993); see also 28 C.F.R. § 130 (b) (1) (providing that a "public entity" may not discriminate "directly or through contractual, licensing, or other arrangements, on the basis of disability") Vahidallah asserting SWC is public entity .

**Vahidallah asserting** : an employment discrimination claim under Title VII of the Civil Right Act of 1964. Under Title VII, it is unlawful for an employer "to discriminate against any individual with respect to compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion , sex or national origin." 42 U.S.C § 2000e-2(a)(1).

Thank you very much for understanding and cooperation

Hussain D. Vahidallal Ph.D., FICPP

---

**SENDER: COMPLETE THIS SECTION**
- Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Dr, Viara Gire
   SWC.
   900 Otay Lakes Rd
   Chula Vista ca
   91910

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☑ Addressee

B. Received by (Printed Name): V Girarre
C. Date of Delivery: 4/8/08

D. Is delivery address different from Item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   ffe

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 2560 0002 8451 8270

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SWC**
SOUTHWESTERN COLLEGE

Ex. B

September 5, 2007

Hussain Vahidallah, Ph.D.
7505 Gayneswood Way
San Diego, CA 92139

Dear Dr. Vahidallah:

Thank you for your recent inquiry about teaching in the School of Behavioral and Social Sciences at Southwestern College.

I have reviewed your information with interest. Regrettably, we have no vacancies in your discipline area and we have a sufficient adjunct pool at this time. Nonetheless, we will retain your resume for one year and will contact you should a vacancy arise. Even though we do most of our planning well before the semester begins, changes do occur. Would you please be sure to keep us notified of any changes to your e-mail address or phone number? You can do so via e-mail to Yadira Garcia at ygarcia@swccd.edu.

Thank you again for your information. Southwestern College is an excellent institution and I appreciate your interest in continuing this tradition.

With kindest regards,

Viara Giraffe, Ph.D.
Dean, School of Behavioral and Social Sciences
(619) 482-6570

VG/yg

# ACADEMIC STAFF EMPLOYMENT APPLICATION

**SWC**
SOUTHWESTERN COLLEGE

Human Resources
900 Otay Lakes Road
Chula Vista, CA 91910
(619) 482-6395

POSITION REQUESTED  DIRECTOR, COUNSELOR, TEACHING AS MULTI-REL
SUBJECTS  PSYCHOTHERAPY & HYPNOTHERAPY

Full Time _____  Part Time  *  Substitute  *   Ex.C
Day _____  Evening  *  Bilingual  *
(Language)

DATE  7/1/2007

NAME  VAHIDALLAH    HUSSAIN    D. Ph.D., FICPP
      Last           First      Middle

ADDRESS  7505 Gayneswood Way   San Diego    CA   92139
         Street                City         State Zip

TELEPHONE HOME: (619) 479-4212   BUSINESS: ( )_____   CELL: ( -)_

## EDUCATIONAL BACKGROUND

College/University        Dates         Major/Area

Doctorate  Two Doctorate Psychology & Pshchopharmacology

Master's  MS Master of science in psychology California State U.LA

Bachelor's  BA Bachelor of arts University of South Florid Tampa FLA

Associate's  AA  ASSOCIATION OF ARTS Miami Junior College Fla.

Other Study  Computer, I am English and Farsi writen finished 3 books
3 books in my hand. I am English and Farsi Poet.

Number of Semester Units of Upper Division or Graduate work beyond Bachelor's  60 in Junior college.

LIST ACTIVE CALIFORNIA COLLEGE TEACHING CREDENTIALS  Yes, one in Florid two in Califrnia.

## TEACHING EXPERIENCE (List most recent first)

Have you ever held a teaching position at Southwestern College? ____ Yes  *  ____ No
If yes, please indicate the most recent semester in which you taught. _____
(Semester/year)

| School/College | City/State | Dates | Subject Taught | Full/Part Time % |
|---|---|---|---|---|
| Florida | Broward County | | Algebra | Part time |

SOUTHWESTERN COLLEGE
900 Otay Lakes Rd., Chula Vista, CA 91910-7299

Case 3:08-cv-01425-H-NLS   Document 1   Filed 07/28/2008   Page 6 of 9
Case 3:07-cv-00371-JM-CAB   Document 41   Filed 10/29/2007   Page 6 of 8

Ex D

breached the contract as a result of discrimination based on Plaintiff's race, national origin, or disability.[4] Plaintiff thus does not make clear *which* actions or decisions were allegedly infected by discrimination. These incomplete allegations do not support a viable § 1983 claim.

In sum, the complaint fails to state a claim for violation of § 1983.

### b. Violation of the Americans with Disabilities Act

The FAC also fails to cure the defects contained in the original complaint's ADA claim. Here, the FAC appears to include the ADA claim under the broad heading "discrimination."

To state a claim under Title II of the ADA, a plaintiff must allege the following: (1) the plaintiff is an individual with a disability; (2) the plaintiff is otherwise qualified to participate in or receive the benefits of the public entity's services, programs or activities; (3) the plaintiff "was either excluded from participation in or denied the benefits of the public entity's services, programs, or activities, or was otherwise discriminated against by the public entity"; and (4) "such exclusion, denial of benefits, or discrimination" resulted from plaintiff's disability. Weinreich v. L.A. County Metro. Transp. Auth., 114 F.3d 976, 978 (9th Cir. 1997).

Again, as in his first complaint, Plaintiff fails to state a claim under the ADA. He alleges that he did obtain the sought-after benefits from the SDHC, although this allegation appears to be inadvertent because it is essentially a direct quote from the court's first order of dismissal. (See FAC at 5.) Regardless, Plaintiff's ADA claim fails because it does not allege that his disability was the cause of any identifiable exclusion, denial of benefits, or discrimination. He merely states, "The plaintiff's denial was for many reasons, one of them was disability." (FAC at 3.) The FAC sheds no light on the nature of the "denial" referred to in this passage. The FAC thus fails to afford Defendants fair notice of the claims against them. See Bell Atlantic, 127 S.Ct. at 1964.

In sum, the complaint fails to state a claim for violation of the ADA.

---

[4] The FAC does not make clear the role of Plaintiff's allegations related to sex or sexual harassment. He claims discrimination "due to . . . sexual harassment" (FAC at 2), and, in conclusion, that "Defendant discriminated against plaintiff's on the bases of disability, race, sex" (FAC at 10). He also alleges, "Mr. John Galvan asking me many time nights and days extra money and sex if not Cancellation of loan. That was threat, and Mr. Uribe and Mr. Ballow support him, eventfully they did stop loan." (FAC at 4.) These references to sex and sexual harassment are sparse and disjointed. If anything, they appear to allege a claim of sexual harassment arising under state law, rather than gender-based discrimination – which, in any event, does not violate § 1981. See Jones v. Bechtel, 788 F.2d 571, 574 (9th Cir. 1986).

**SWC**
SOUTHWESTERN COLLEGE

Ex. E

July 5, 2007

To Whom It May Concern:

Mr. Hussain Vahidalah submitted an application for Disability Support Services (DSS) on March 22, 2007. The DSS Office received a standard DSS form signed by Dr. Ira Branman on May 8, 2007 which verifies a disability on Mr. Vahidalah's behalf.

On May 16, 2007 Mr. Vahidalah met with a DSS counselor to discuss course options and services of the DSS High Tech Center.

Today Mr. Validalah requested this letter be written by DSS which confirms the above. Mr. Validalah is not currently registered for any Southwestern College classes.

Sincerely,

Helen Elias
Director, Disability Support Services

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

HUSSAIN D. VAHIDALLAH Ph.D, FICPP )
                                 **Plaintiff**    )

vs.

Southwestern College )
900 Otay Road Chula Vista )
CA 91910 )
                                 **Defendant**    )

NO. 07CV0371 JM(CAB)

DECLARATION OF SERVICE

Person served: _____

Date served: _____

I, The undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

_____

In the following manner: (check one below)

1) ___ By personally delivering copies to the person served.

2) ___ By leaving, during usual office hours, copies in the office of the person served with the who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3) ___ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his/her office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) ✓ By placing a copy in a separate envelope, with postage fully prepaid, for **each address named below** and depositing each in the U.S. Mails at San Diego, Ca on _____.
      National City

_____
_____
_____

Executed on 7/11/ , 2008 at San Diego, California

*[signature]*

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
HUSSAIN D. VAHIDALLAH
7505 Gatherwood Way SDCA 92139
(619) 479-4212

**DEFENDANTS** Southwestern
960 Otay Lakes Road Chula Vista CA 91910

**FILED**
JUL 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___YMT___ DEPUTY

**08 CV 1425 H NLS**

(b) County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☒ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Under 42 USC § 2000e-2(a)(1) under title VII violation of title VII of the 1964
Brief description of cause: Defendant discriminated against Plaintiff's Job.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE Hon. Jeffrey T. Miller DOCKET NUMBER 07CV0371 JM (CAB)

DATE 8/6/2008
SIGNATURE OF ATTORNEY OF RECORD: B. D. Graphey

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

