HUSSAIN D. VAHIDALLAH
7505 Gayneswood way
SD CA 92139
Ph 619-479-4212

FILED
JUL 2 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____KNH____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff
HUSSAIN D. VAHIDALLAH
7505 Gayneswood way
SD CA 9213

Defendant
Southwester College
900 otay Lakes Road Chulavista
91910

'08 CV 1425 H NLS

REQUEST FOR APPOINTMENT OF COUNSEL UNDER THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. 2000e 5(f)(1); DECLARATION IN SUPPORT OF REQUEST

1. I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint and attorney to represent me in this matter. In support of this request, I state a s follows:

    A.    my claim is meritorious ( that is, I have a good case), and

    B.    I have made a reasonably diligent effort to obtain counsel, and

    C.    I am unable to find an attorney willing to represent me on terms that I can afford.

2.    A Copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Employment Opportunity Commission is attached to the complaint which accompanies this request for counsel,

3.    A.    Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause: to believe the allegations made in your charge were true?

    _X_ yes      ___ no

IF YOUR ANSWER IS "YES", YOU MUST ATTACH A COPY OF THE COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B AND C.

IN San Diego CA all Attorney and Attorne aJency I called

B.  Do you question the correctness of the Commission's "no reasonable cause" determination?

__X__ yes  _____ no

C.  If you answered "yes" to question 3B, what are your reasons for questioning the Commission's determination? <u>Be specific and support your objections with fact. Do not simply repeat the allegations made in your complaint; the court will review your complaint in considering this request for counsel.</u>

I am 8 years in Federal Court & Looking fore Attorney & I could Not. & I will Not.

(attach additional sheets as needed)

page two.

4. Have you talked with any attorney about handling your claim?

__X__ yes IN San Diego CoNty & LA  & Nobody Except any cases    ____ no

If "YES", give the following information about each attorney with whom you talked:

Attorney: SiNce 2001 — 2008 ALL SanDiegoCoNH
When: and I have many documents.
Where: _____
How (by telephone, in person, etc.): _____
Why attorney was not employed to handle your claim: _____
_____
_____

Attorney: I have Nam & BesiHe Cart IN any file
When: _____
Where: _____
How: _____
Why attorney was not employed to handle your claim: _____
_____
_____

Attorney: _____
When: _____
Where: _____
How: _____
Why attorney was not employed to handled your claim: _____
_____
_____

(attach additional sheets as needed)

Page three.

5. Explain any other efforts you have made to contact an attorney to handle your claim:

I do have a bad bad Books about attorney behavior.

6. Give any other information which supports your application for the court to appoint an attorney for you: _____

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose: _____

(attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

A. <u>Employment</u>

Are you employed now? _____ yes _____ no _____ am self-employed

Name and address of employer: _____

Page four.

1  If employed, how much do you earn per month? _____

2  If not employed, give month and year of last employment: _____

3  How much did you earn per month in your last employment? _____

4  If married, is your spouse employed? _____ yes _____ no

5  If "YES", how much does your spouse earn per month? _____

6  If you are a minor under age 21, what is your parents' or guardians' approximate monthly income? __

7  _____

8

9  B.    Assets

10 (i)    Other Income

11 Have you received within the past 12 months any income from a business, profession or other form of

12 self-employment, or in the form of rent payments, interest, dividends, retirement of annuity payments

13 or other sources?   _____ yes        _____ no

14 If "YES", give the amount received and identify the sources:

15         $ Received                        Source

16 _____

17 _____

18 _____

19 _____

20 (attach additional sheets as necessary)                    Page five

```
 1  (ii)    Cash
 2  Have you any cash on hand or money in savings or checking accounts?   ____ yes    ____ no
 3  If "YES", state total amount:_____
 4  (iii)   Property
 5  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding
 6  ordinary household furnishings and clothing)?      _____ yes      _____ no
 7  If "YES", give value and describe it:
 8            Value                              Description
 9  _____
10  _____
11  _____
12  _____
13  _____
14  _____
15
16  C.      Obligations and Debts
17  (i)     Dependents
18  Your marital status is:_____ single      ____ married    __ widowed, separated, or divorced.
19  Your total number of dependents is:  _____
20  List those persons you actually support, your relationship to them, and your monthly contribution to heir
21  support:
22          Name/Relationship                   Monthly Support Payment
23  _____
24  _____
25  _____
26  _____
27                                                                    Page six
28
```

1
2
3   (ii)   Debts and Monthly Bills
4   List all creditors, including banks, loan companies, charge accounts, etc.
5                 Creditor                        Total Debt    Monthly Payment
6   Rent _____
7   Mortgage
8   on Home: _____
9   Others: _____
10  _____
11  _____
12  _____
13  _____
14
15  9.     Signature
16         I declare under penalty of perjury that the above is true and correct.
17
18  DATED: 8/6/2008
19
20                                                  _____/s/_____
21                                                  Signature
22  (Notarization is not required.)
23
24
25
26
27
28